In the Matter of HENRY R. WINTHROP, Respondent, against SPENCER E. BATES et al., Constituting the Tax Commission of the State of New York, Appellants.

Argued March 14, 1952; decided April 17, 1952.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for appellants.

*F. Walter Bliss* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.